**HENRY HOWARD** and **RALPH WADHAMS** *versus* **LAUREN P. RIGGS, SOLOMON FROST**, and **WILLIAM THOMPSON.**

Journal Entries (1833–34): *Journal 5:* (1) Motion to take bill as confessed and for reference to master *p. 4; (2) bill taken as confessed, referred to master *p. 8; (3) motion to confirm master's report *p. 14; (4) master's report confirmed, decree *p. 25.
Papers in File: (1) Bill of complaint; (2) precipe for subpoenas; (3–4) writs of subpoena and returns; (5) master's report of amount due; (6) decree signed by all of the judges.
*Chancery Case* 153 of 1832.

**THOMAS ROWLAND** *versus* **ELLIS DOTY, RUFUS WILSON,** and **THEODORE WILLIAMS.**

Journal Entries (1834–35): *Journal 5:* (1) Motion for leave to amend *p. 22; (2) motion to dissolve injunction and to dismiss bill *p. 23; (3) motions argued, submitted *p. 32; (4) leave given to amend *p. 36; (5) motion to dissolve injunction and to dismiss bill *p. 82; (6) motion for rule to plead, answer, or demur *p. 87.
Papers in File: (1) Bill of complaint, order for injunction; (2) writ of injunction and return; (3) writ of subpoena and return; (4) motion to dissolve injunction and to dismiss bill; (5) motion for leave to amend bill; (6) amended bill; (7) writ of subpoena and return; (8) demurrer of Rufus Wilson and Ellis Doty; (9) answer of Rufus Wilson; (10) motion for rule to answer; (11) motion to dissolve injunction and to dismiss bill; (12–14) motions for decree; (15) decree signed by the chancellor; (16) brief and decision on question of costs.
*Chancery Case* 166 of 1833.

**AI BEARD** *versus* **HARRIET BEARD.**

Journal Entries (1834): *Journal 5:* (1) Time fixed for hearing, notice ordered served *p. 23; (2) notice ordered published *p. 39; (3) decree *p. 56.
Papers in File: (1) Petition; (2) affidavit for publication of notice; (3) motion for publication of notice; (4) proof of publication of notice; (5) motion for rule to take depositions and depositions of Perney Kingsley, William W. Comstock, and Allen Benedict; (6) draft of decree.
*1824–36 Calendar*, MS p. 227.

**JOHN FARMER** *versus* **ALEXANDER GRANT** and **JOHN GRANT.**

Journal Entries (1834–35): *Journal 5:* (1) Motion to take bill as confessed *p. 26; (2) demurrer withdrawn, rule to plead or answer *p. 33; (3) bill dismissed *p. 87.
Papers in File: (1) Bill of complaint; (2) precipe for subpoena; (3) writ of subpoena and return; (4) demurrer; (5) motion to take bill as confessed.
*Chancery Case* 155 of 1833.

**HENRY BECK** *versus* **DANIEL PITTMAN.**

Journal Entries (1834): *Journal 5:* (1) Rule to plead to assignment of errors *p. 27; (2) argued, submitted *p. 51; (3) judgment affirmed, judgment *p. 61.
Papers in File: (1) Petition for writ of error, allocatur; (2) writ of error and return; (3) assignment of errors; (4) motion for rule to plead to assignment of errors; (5) joinder in error.
*1824–36 Calendar*, MS p. 226.